**PRISONER CASE**

R

**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 2 0 2007 NF

Civil Cover Sheet

Nov. 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| Plaintiff(s): | WENDELL C. THOMPSON | Defendant(s): | PATRICK B. PEREZ, etc., et al. |

JH

County of Residence: KANE

County of Residence:

Plaintiff's Address:

Defendant's Attorney:

Wendell C. Thompson
#30421
Kane - KCJ
777 East Fabyan Parkway
Geneva, IL 61034

07CV 6564
JUDGE HOLDERMAN
MAGISTRATE JUDGE MASON

Basis of Jurisdiction:
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

Citizenship of Principal Parties (Diversity Cases Only)

Plaintiff:

Defendant:

Origin:
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

Nature of Suit: 555 Prison conditions

Cause of Action: 42:1983pr

Jury Demand: ☐ Yes  ☑ No

Signature: *A. E. Woodham*   Date: 11/20/2007

Holderman
Mason     07C 6563