FILED
NOVEMBER 26, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOV 2 0 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WENDELL C. THOMPSON

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

SHERIFF PATRICK B. PEREZ
LT. CARTER
LT. JOHN HICKEY
C/O THOMAS EBY BADGE # 468
COMMANDOR KEATY

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

RECEIVED

NOV 20 2007 aew
Nov. 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV 6564
JUDGE HOLDERMAN
MAGISTRATE JUDGE MASON

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: WENDELL C. THOMPSON

   B. Date of Birth: 9-24-66

   C. List all aliases: _____

   D. Prisoner identification number: 30421

   E. Place of present confinement: KANE COUNTY JAIL

   F. Address: 777 E. FABYAN PKWY.

   (If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: PATRICK B. PEREZ

      Title: SHERIFF

      Place of Employment: KANE COUNTY JAIL

   B. Defendant: LT. CARTER

      Title: LIEUTENANT

      Place of Employment: KANE COUNTY JAIL

   C. Defendant: JOHN HICKEY

      Title: LIEUTENANT

      Place of Employment: KANE COUNTY JAIL

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.) BELOW

DEFENDANT: THOMAS EBY
TITLE: C/O (CORRECTIONAL OFFICER)
PLACE OF EMPLOYMENT: KANE COUNTY JAIL
DEFENDANT: COMMANDOR KEATY
TITLE: COMMANDOR
PLACE OF EMPLOYMENT: KANE COUNTY JAIL

2

Revised 5/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: WENDELL THOMPSON V. BODACK & MEDICAL STAFF, WENDELL THOMPSON V. MIDLAND MANAGEMENT 07C5222

B. Approximate date of filing lawsuit: 1998 AND SEPT. 2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: DIRECTOR BODACK AND MEDICAL STAFF, MIDLAND MANAGEMENT

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT

F. Name of judge to whom case was assigned: 1998 NOT KNOWN / 2007 CASE 07C5222 JUDGE CONLON

G. Basic claim made: 1998 HEALTH AND LIFE ENDANGERMENT / 07C5222 ILLEGAL EVICTION.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): BOTH DISMISSED

I. Approximate date of disposition: 1-11-99 / 10-16-07

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 5/2007

July 3, 2007
30 Day Response

GRIEVANCE



On 5-18-07 I entered Kane County Jail, Cell Block 304. The majority were an organize group of Kings. The block was peaceful, but talk and actions differed.

On 6-4-07 there were some changes made, but it was more like an experiment, they took a retired (and only GD) out, then put seven GD's in the cell block. We were locked down while the officers escorted them in the cell block. After the moves the officers made an exit, then opened all of our doors as the watched from outside. Within one minute Marcus Hill was hit in the face, and there was a standoff Kings vs. GD's. The officers immediatly placed us on lock down and began video taping.

Within an hour the power went out, and some doors popped open. We were order back inside our cells. The two occupants in F cell Enrique Torres and Rivira (real name unknown) refused to return to their cells. They were told they would get a free phone call, as an agreement with Lt. Hickey, to return to their cell. I had requested my court ordered phone call and was told I would get it earlier, but at that time I reconfirmed my call. They recieved their call, I was refused.

The officers were suppose to mix the cell blocks according to bond amounts. Placed were seven GD's,

② ②

ON THE BLOCK, ALREADY AFTER THE ONE MOVE WERE EIGHT KINGS, ONE STONE, TWO NUETRALS. IT'S FUNNY THERE WERE ONLY THOSE SEVEN GD'S IN THE BOND AMOUNT THEY WERE SEEKING, NOTE, KINGS AND GD'S DO NOT GET ALONG AT ALL. WHEN I ADDRESSED THIS ISSUE WITH OFFICER EBY, RESPONSE WAS, THEY WILL GET ALONG HERE OR YOU WILL CONTINUE BEING ON LOCK DOWN. WHEN ASK WHY I WAS IN THE MIDDLE AS A NUETRON, I WAS TOLD I WASN'T THE ONLY ONE. CHARLES NASH WAS AT LEAST MOVED BUT RETURNED, BECAUSE HE FELT SAFER IN 304. MYSELF (EX-BLACKSTONE) BELIEVE JAIL THOUGHT I WAS AFFILIATED. NO SHOWER, NO PHONE, NO RAZOR, NO PRIVELIGES WERE RECIEVED.

WE WERE TOLD WE WOULD GET OFF LOCK DOWN 6-6-07, THAT MORNING ALVEREZ (FIRST NAME UNKNOWN) THREATEN TO KILL HIMSELF, AND WAS REMOVED FROM BLOCK, LATER HIS CELLMATE DID THE SAME THING. THEN LATER THAT NIGHT TYNE BRYSON THREATEN TO KILL HIMSELF. IT SEEMED AS IF THEY (KINGS) KNEW SOMETHING, NO ONE ELSE DID.

LATER ON 6-6-07 THEY DID A SHAKE DOWN, BEFORE LETTING US OFF LOCKDOWN. THE OFFICERS FOUND A NUMEROUS SHANKS INSIDE CELL F BELONGING TO TORRES AND RIVIRA, THEN MORE IN A VENT BY THE TOILET. THIS WAS VIDEO RECORDED BY C/O HUGHES. IT WAS A RELIEF, BECAUSE I HAD BEEN COMPROMISED WITH COMMISSARY, BY KINGS, I REFUSED OFFER KNOWING, I WAS NOW IN DANGER. AFTER ALL REQUEST TO MOVE THINGS BACK AS THEY WERE, IT FINALLY HAPPENED AFTER ENDANGERING MANY LIVES.

INMATES THAT RESIDED IN CELL BLOCK 304 ORIGINALLY




WERE, WENDELL THOMPSON, CHARLES NASH, ANTWAN STEWART, TYNE BRYSON, SAM ALVEREZ, PAC MAN, WEDO, SILENT, RIVIRA (WHOLE OR REAL NAMES UNKNOWN). OFFICERS COMMUNICATED WITH, DURING 6-4-07 AND 6-7-07, WERE LT. CARTER, LT. HICKEY, OFFICER EBY, AND COMMANDOR KEATY. ALL GD'S WHICH WERE BROUGHT TO 304 WERE, ARTAVEUS LOWE, AKIL TAYLOR, DLANTIC BALDWIN, MARCUS HILL, INA LARON SPATES, TRISTON BONDS, SAM BALL, ALL INMATES EXPERIMENTED WITH WERE AFRICAN AMERICAN OR MEXICAN. IF THE BLOCK WAS SUPPOSE TO BE MIXED ACCORDING TO BOND AMOUNTS, THERE SHOULD BEEN A VERIETY OF ETHNIC GROUPS, AND PEOPLE MOVED FROM MORE THAN ONE CELL BLOCK, WHICH WAS 302. IN CONCLUSION, I DON'T BELIEVE THIS TYPE OF EXPERIMENT WAS DONE IN ANY OTHER CELL BLOCK, AT THIS TIME.

 6-7-07 CELL BLOCK 304 WAS SHUT DOWN, MYSELF AND CHARLES NASH WERE THE ONLY ORIGINALS FROM 304. STAFF MOVED US AND THOSE SEVEN GD'S BACK ACCROSS TO 302, WITHOUT ESCORT, AND WITHOUT LOCKING THE INMATES DOWN, AS THEY DID DURING THE MOVING OF THE GD'S TO 304.

 ON 6-18-07 MOVES WERE MADE BY OFFICER C/O EBY, A STATEMENT WAS MADE BY C/O EBY TO AN INMATE BONDS, "KEEP TALKING I'LL PUT YOU IN A CELLBLOCK FULL OF KINGS". DURING THESE MOVES TO FILL BLOCK 304, THIS TIME THERE WAS A RACIAL MIXTURE, AS WELL AS AN ORGANIZATIONAL (AFFILIATION) MIXTURE.

 THERE SHOULD HAVE BEEN A SHAKEDOWN BEFORE THE MIXTURE WAS ATTEMPTED, THE MIXTURE SHOULD NOT HAVE BEEN

ONLY SEVEN GD'S TRANSFERED TO A BLOCK OF EIGHT KINGS, ONE BLACKSTONE (FIRST COUSIN TO KINGS), TWO NUETRALS, ONE WENDELL THOMPSON BEING EX-BLACKSTONE, AND OTHER NUETRAL CHARLES NASH WITH A CROWN ON CHEST (KING INSIGNIA). THE ENTRANCE OF THE GD'S SHOULD HAVE BEEN, LIKE ANY OTHER, THERE SHOULD NOT HAVE BEEN ANY LOCKING DOWN OF OCCUPANTS DURING GD'S ENTRANCE, NOR AN ESCORT, THEN AN EXIT BY STAFF, BEFORE ALLOWING GROUP TO MIX. STAFF KNEW THERE WOULD BE A PROBLEM AND REMOVED THEMSELVES FROM DANGER. I HAD LET THE OFFICER EBY KNOW AHEAD OF TIME THAT THIS WOULD NOT WORK, BECUASE OF WHAT I KNEW, FROM ACTIONS AND TALK I HEARD WHILE AN OCCUPANT OF THAT BLOCK. THE GD'S REFUSED WHEN TOLD TO GO FROM 302 TO 304, THEY WERE PLACED ON LOCKDOWN, AND WERE FORCED TO COOPERATE, THAT SAME DAY ARTAVEUS LOWE WENT TO VISIT WITH HIS ATTORNEY P.D. JULIE DARR (WHICH WILL TESTIFY ON PLAINTIFFS BEHALF), THEN WAS MOVED THE NEXT DAY TO ANOTHER COUNTY, AGAINST COURT ORDER. LOWE'S ATTORNEY HAD QUESTIONED THE FACILITY.

NOW AFTER THIS HORRIFYING EXPERIMENT, I FEAR SLEEPING AROUND GANG MEMBERS ESPECIALLY, WHEN OPPOSITIONS ARE TOGETHER. I ALSO LOOK OUT THE SHOWER WHILE BATHING, AND SIT WITH MY BACK AGAINST A WALL. SURELY THIS ISN'T JUST A FEAR OF MINE ALONE, I'M SURE OTHER SHARE THE SAME FEAR. I ALSO SPOKE WITH SHERIFF PEREZ, HE WAS TO GET BACK WITH ME, BUT NEVER DID. TO MY KNOWLEDGE NOTHING WAS DONE ABOUT THIS INCIDENT, MY CONVERSATION W/ PEREZ WAS APPROXIMATELY 6-14-07.

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

FOR PUNITIVE DAMAGES, PAIN AND SUFFERING, EMOTIONAL DISTRESS, LIFE ENDANGERMENT, I REQUEST THAT THIS COURT GRANTS THE PLAINTIFF $100,000.00 (ONE HUNDRED THOUSAND DOLLARS) FOR RELIEF.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __26__ day of __OCT__, 20__07__

_W. Th_____
(Signature of plaintiff or plaintiffs)

_WENDELL C. THOMPSON_
(Print name)

_30421_
(I.D. Number)

_777 E. FABYAN PKWY._
_GENEVA, IL 60134_
(Address)

6

Revised 5/2007