# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Wendell C. Thompson | 07C6564 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Sheriff Patrick Perez, et al. | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Correctional Officer Thomas Eby, Badge#468

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Kane County Jail, 777 East Fabyan Parkway, Geneva, IL 61034

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Wendell C. Thompson, #30421
Kane County Jail
777 East Fabyan Parkway
Geneva, IL 61034

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
DEC 0 7 2007
12-7-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER | DATE 11-30-07 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 3 of 5 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk TD | Date 11-30-07 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

LT. Woodruff

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service 12/3/07 | Time 4:00 pm |

Signature of U.S. Marshal or Deputy

| Service Fee One | Total Mileage Charges (including endeavors) Service fee | Forwarding Fee charged | Total Charges same | Advance Deposits location + case | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: 1 DUSM
2 Hours
80 Miles
See process sheet #4 for Charges.

**PRIOR EDITIONS MAY BE USED** 　　**1. CLERK OF THE COURT**　　**FORM USM-285 (Rev. 12/15/80)**