*MHN*

# U.S. Department of Justice
## United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Wendell C. Thompson | 07C6564 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Sheriff Patrick Perez, et al. | S/C |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Commander Keaty

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Kane County Jail, 777 E. Fabyan Parkway, Geneva, IL 61034

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Wendell C. Thompson, #30421
Kane County Jail
777 East Fabyan Parkway
Geneva, Il 61034

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                          Fold

FILED
12-7-2007
DEC 0 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 11-30-07 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 4 of 5 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk | TD | Date 11-30-07 |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | |
|---|---|
| LT. WOODRUFF | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |

| Address (complete only if different than shown above) | Date of Service 12/3/07 | Time 4:00 pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee 96.00 | Total Mileage Charges (including endeavors) 38.80 | Forwarding Fee 0 | Total Charges 134.80 | Advance Deposits 0 | Amount owed to U.S. Marshal or 134.80 | Amount of Refund 0 |
|---|---|---|---|---|---|---|

REMARKS:
1 DUSM
2 HOURS
80 miles