IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Wendell C. Thompson, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 CV 6564 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | |
| Sheriff Patrick B. Perez, Lt. Carter, | ) | Magistrate Judge Mason |
| Lt. John Hickey, c/o Thomas Eby | ) | |
| Badge #468, Commander Keaty, | ) | |
| | ) | |
| Defendants. | ) | |

**Motion For Extension Of Time To Answer Or Otherwise Plead**

Now come Sheriff Patrick B. Perez, Lt. Wayne Carter, Lt. John Hickey, Ofc. Thomas Eby, and Commander Patrick Keaty, by their attorney Kane County Assistant State's Attorney Joseph Lulves, and in support of this motions state:

1. Pro se inmate plaintiff Wendell Thompson caused the above named defendants to be served with this civil rights complaint based upon alleged violations of his civil rights under 42 U.S.C. 1983.

2. The complaint recites a number of allegations related to jail conditions, and appears to be against the defendants in both their official and individual capacities as it requests punitive damages.

3. Lawsuits against Illinois sheriff's officers in their individual capacities give rise to reservations of rights issues, in that Illinois state defense and indemnification statutes create potential conflicts that should be addressed before pleading.

4. As a practical matter, the Kane County Board, and excess insurer, must be advised of these potential conflicts and indemnification issues, which also must be

communicated to the officers for them to make an informed decision related to their choice of defense counsel. As a practical matter, given the governmental bodies involved, as well as the holiday season, this requires some time.

5.  On behalf of the named defendants, this office therefore requests a 21 day enlargement of time within which to answer or otherwise plead so that the defense, coverage, and indemnification issues may be resolved before pleading to this complaint.

6.  This motion is brought in the interests of safeguarding the defense and indemnification rights of the named defendants, and in the interest of judicial economy to permit joint pleading wherever possible, and not for the purpose of delay of this case.

WHEREFORE, the defendants named in this motion request a 21 day extension of time within which to answer or otherwise plead to this complaint.

Respectfully submitted,

/s/ Joseph F. Lulves
Joseph F. Lulves
Assistant State's Attorney

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6197008