# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Wendell C. Thompson, ) | | |
| ) | | |
| Plaintiff, ) | | Case No. 07 CV 6564 |
| ) | | |
| v. ) | | Judge Holderman |
| ) | | |
| Sheriff Patrick B. Perez, Lt. Carter, ) | | Magistrate Judge Mason |
| Lt. John Hickey, c/o Thomas Eby ) | | |
| Badge #468, Commander Keaty, ) | | |
| ) | | |
| Defendants. ) | | |

### Notice of Motion for Extension of Time to Answer or Otherwise Plead

To:   Wendell C. Thomson #30421
      Kane County Adult Correctional Facility
      777 East Fabyan Parkway
      Geneva, Illinois 60134

Please take notice that on December 14, 2007, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Defendants' Motion for Extension of Time to Answer or Otherwise Plead, and we will present this Motion on December 20, 2007, at 9:00 AM in Courtroom 2541, of the U.S. District Court at 219 South Dearborn Street, Chicago, IL, 60604, correct copies of which are attached to this Notice of Filing and Presentment, and duly served upon you.

### Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described document(s) to be served upon the above named party(ies) by [**x**] addressing a copy to the above named and depositing the same in the U.S. Mail at 100 South Third Street, Geneva, Illinois, with postage prepaid on December 14, 2007.

                                                    /s/ Joseph F. Lulves

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6197008