UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Wendell C. Thompson
                       Plaintiff,

v.                                         Case No.: 1:07−cv−06564
                                                           Honorable James F. Holderman

Patrick B. Perez, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 20, 2007:

      MINUTE entry before Judge James F. Holderman : Defendants Patrick B. Perez, Lt Carter, John Hickey, Thomas Eby, Commander Keaty's motion for extension of time to answer [13] is granted; defendants are given until 1/10/2008 to answer or otherwise plead to the complaint. If a motion is filed, it should be noticed for 1/22/2008 at 10:00 AM. Status hearing set for 1/22/2008 at 10:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.