# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Wendell C. Thompson, | ) | |
|     Plaintiffs, | ) | No. 07 CV 6564 |
| | ) | |
|     v. | ) | Judge Holderman |
| | ) | |
| Sheriff Patrick B. Perez, et al., | ) | Magistrate Judge Mason |
| | ) | |
|     Defendants. | ) | |

### Notice of Filing Answer and Affirmative Defenses
### of Corrections Officer Thomas Eby

To:    Wendell C. Thompson #30421
        Kane County Adult Correctional Facility
        777 East Fabyan Parkway
        Geneva, Illinois 60134

       Please take notice that on January 10, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Answer and Affirmative Defenses of Corrections Officer Thomas Eby, correct copies of which are attached to this Notice of Filing and duly served upon you.

### Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described document(s) to be served upon the above named party(ies) by [X] addressing a copy to the above named and depositing the same in the U.S. Mail at 100 South Third Street, Geneva, Illinois, with postage prepaid, on January 10, 2008.

                              /s/ Joseph F. Lulves

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6197008